# Court of Appeals, State of Michigan

## ORDER

Sharon Rose Zlatkin v William Roggow

Docket No. 346247

LC No. 17-009273-NZ

Mark T. Boonstra
Presiding Judge

Michael J. Riordan

James Robert Redford
Judges

The Court orders that the motion by defendant-appellee Maveal seeking textual correction is GRANTED. The Court's opinion issued March 19, 2020 is hereby AMENDED. The first sentence in footnote 7 has been corrected from stating "the lack" to "the existence".

In all other respects, the March 19, 2020 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

April 2, 2020
Date

Chief Clerk